UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JOSE SAUCEDA-CONTRERAS, | No. SA CV 15-1117-JAK (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| MARION SPEARMAN, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendation of Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is dismissed with prejudice.

DATED: September 8, 2016

HONORABLE JOHN A KRONSTADT
UNITED STATES DISTRICT JUDGE